UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:17-cr-102-FtM-99MRM

JUAN CARLOS GONZALEZ
_____

## ORDER OF FORFEITURE

The defendant pleaded guilty to Count One of the Indictment which charges him with conspiracy to distribute five hundred grams or more of a mixture or substance containing methamphetamine, and fifty grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A), and the United States has established that the defendant obtained $9,000.00 in proceeds as a result of the offense. The United States moves under 21 U.S.C. § 853, and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit the $9,000.00 in proceeds. Accordingly, it is now

**ORDERED**:

The motion is **GRANTED**. The United States is entitled to forfeit the $9,000.00 in proceeds which the defendant obtained as a result of the conspiracy to distribute methamphetamine.

Because the $9,000.00 in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendant's property up to the value of $9,000.00. Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

**DONE and ORDERED** in Fort Myers, Florida, this <u>30th</u> day of March, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record